MICHELLE MARTIN V. CHARLES KIRTLAND

NO. 07-07-0291-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

AUGUST 21, 2007

______________________________

MICHELLE MARTIN, APPELLANT

V.

CHARLES KIRTLAND AND DEBORAH KIRTLAND, APPELLEES

_________________________________

FROM THE COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY;

NO. C-1-CV-06-00-7610; HONORABLE J. DAVID PHILLIPS, JUDGE

_______________________________

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

MEMORANDUM OPINION

Appellant Michelle Martin filed a notice of appeal on June 12, 2007.  However, she did not pay the filing fee required of appellants under Texas Rule of Appellate Procedure 5. Nor did she file an affidavit of indigence per Texas Rule of Appellate Procedure 20.1. By letter from this Court dated July 30, 2007, we informed appellant that "[u]nless the filing fee in the amount of $125.00 is paid by Thursday, August 09, 2007, this appeal will be subject to dismissal.  
See 
TEX. R. APP. P. 42.3.”  The deadline lapsed, and the fee was not received.

Because appellant failed to pay the requisite filing fee as directed by the Court, we dismiss the appeal pursuant to Texas Rule of Appellate Procedure 42.3(c).

James T. Campbell

          Justice